UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Jose Alejandro ROMERO-Torres, ) <br> ) <br> ) <br> Defendant ) <br> ) | Magistrate Docket No. <br> **'08 MJ 0244** <br> COMPLAINT FOR VIOLATION OF: <br> Title 8, U.S.C., Section 1326 <br> Deported Alien Found in the <br> United States |

The undersigned complainant, being duly sworn, states:

On or about **January 24, 2008** within the Southern District of California, defendant, **Jose Alejandro ROMERO-Torres,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28th** DAY OF **JANUARY 2008**

_____
Barbara L. Major
UNITED STATES MAGISTRATE JUDGE



**CONTINUATION OF COMPLAINT:**
Jose Alejandro ROMERO-Torres

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On January 24, 2008 Senior Patrol Agent W. Ruiz was conducting patrol duties near Campo, California. At approximately 12:45 P.M., Agent Ruiz was alerted by an unidentified resident of a group of seven suspected undocumented aliens who were seen traveling together in an area known as "Mountain Empire Campground". This area is located approximately nine miles east of the Tecate, California Port of Entry and approximately one mile north of the United States/Mexico International boundary. Agent Ruiz responded and approximately five minutes later he observed the group. Agent Ruiz identified himself as a United States Border Patrol Agent and questioned the subjects as to their citizenship, nationality, and immigration status. All seven subjects, including one later identified as the defendant **Jose Alejandro ROMERO-TORRES**, stated they were citizens and nationals of Mexico. Agent Ruiz then asked each member of the group if they had any immigration documents that would allow them to enter into or remain in the United States legally. All seven subjects, including the defendant stated that they were not in possession of any immigration documents that would allow them to be in or remain in the United States legally. All seven subjects, including the defendant, were arrested and transported to the Tecate Processing Center for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on **September 24, 2007** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on January 26, 2008 at 10:00 a.m.**

_____
Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on January 24, 2008, in violation of Title 8, United States Code, Section 1326.

_____
Peter C. Lewis
United States Magistrate Judge

1-26-08 @ 3:00 pm
Date/Time